United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 24-00099-MJC
Ella Mae Wilbur Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 3
Date Rcvd: Feb 26, 2024 Form ID: ntcnfhrg Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ella Mae Wilbur, 227 N. Main Street, Archbald, PA 18403-1944 |
| 5589833 | + | Wisetack, Inc., 501 2nd Street, Suite 100, San Francisco, CA 94107-1431 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5589814 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2024 18:46:33 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5589813 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2024 18:45:37 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5595950 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2024 18:46:10 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5589815 | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2024 19:00:09 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5589816 | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2024 19:01:47 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5589818 | Email/Text: bnc-bluestem@quantum3group.com | Feb 26 2024 18:48:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5589817 | Email/Text: bnc-bluestem@quantum3group.com | Feb 26 2024 18:48:00 | Fingerhut Fetti/Webbank, 13300 Pioneer Trl, Eden Prairie, MN 55347-4120 |
| 5589819 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2024 18:48:00 | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 5589820 | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 26 2024 18:48:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 5589821 | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 26 2024 19:00:57 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5589822 | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 26 2024 19:01:49 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5596983 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2024 19:00:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5589823 | Email/Text: Documentfiling@lciinc.com | Feb 26 2024 18:48:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 5589824 | Email/Text: Documentfiling@lciinc.com | Feb 26 2024 18:48:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 5589825 | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 26 2024 18:48:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5589826 | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 26 2024 18:48:00 | Loancare LLC, Attn: Bankruptcy/Consumer |

| | | | | |
|---|---|---|---|---|
| | | | | Solution Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 5589827 | | Email/PDF: cbp@omf.com | Feb 26 2024 18:45:31 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5589828 | | Email/PDF: cbp@omf.com | Feb 26 2024 19:00:38 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5593837 | + | Email/Text: shari.stephenson@revcosolutions.com | Feb 26 2024 18:48:00 | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR #114, INDIANAPOLIS, IN 46240-3813 |
| 5595202 | + | Email/Text: pasi_bankruptcy@chs.net | Feb 26 2024 18:48:00 | Regional Hospital of Scranton c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5589830 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2024 18:46:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5589829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2024 19:00:35 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5589831 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2024 19:01:49 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5589832 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2024 18:46:37 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Ella Mae Wilbur MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ella Mae Wilbur,
aka Ella M. Wilbur, aka Ella Wilbur,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00099−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 28, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 26, 2024 |

ntcnfhrg (08/21)