# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ella Mae Wilbur aka Ella M. Wilbur aka Ella Wilbur <br>                    Debtor <br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns <br>                    Movant <br>          vs. <br><br>Ella Mae Wilbur aka Ella M. Wilbur aka Ella Wilbur <br>                    Debtor <br><br>Jack N. Zaharopoulos <br>                    Trustee | CHAPTER 13 <br><br><br> NO. 24-00099 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about February 6, 2024.

Dated: May 8, 2024

                                                Respectfully submitted,

                                                /s/Michael P. Farrington
                                                Michael P. Farrington, Esq.
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                Phone: (215) 627-1322
                                                mfarrington@kmllawgroup.com